IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Korei J. Bull, aka Korei Bull, ) | |
| ) | C.A. No.: 4:07-162-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| United States Congress; Federal ) | |
| Government (Entity);Dean Foods, Pet ) | |
| Dairy/Land-O-Sun Dairies; Hartsville Oil ) | |
| Mill Inc.;Darlington Veneer Company; ) | |
| Darlington Co. Sheriffs Dept.;Darlington ) | |
| Police Dept.;State of South Carolina ) | |
| (Entity); Bell South; Direct T.V. (Entity); ) | |
| Cumulus Broadcasting; James Ervin ) | |
| Toyota; Ervin Law Firm; County of ) | |
| Darlington; County of Florence; Center ) | |
| Baptist Church; Round-O-BaptistChurch;) | |
| Gus New & Used Tires; Holmes Bail ) | |
| Bonding Co.; Sprint PCS; Motel 6; Pepsi) | |
| Cola; McLeod Regional Medical Center; ) | |
| Manpower Temporary Services; and ) | |
| Ole Towne Antique Mall, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the

1

Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Rogers' Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that this case is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

                                           S/ R. Bryan Harwell
                                           R. Bryan Harwell
                                           United States District Judge

Florence, South Carolina
May 16, 2007